435 A.2d 646

Commonwealth v. Williams, Appellant.

606

Submitted November 11, 1980. David G. Metinko, for appellant; Kathryn L. Simpson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.